IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JASON TIMOTHY BOLYARD, | |
| Plaintiff, | CIVIL ACTION NO.: 6:25-cv-32 |
| v. | |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 2, 2025, Report and Recommendation, (doc. 14), to which plaintiff has not filed an objection. Although Plaintiff did not file an objection, he did file a request for additional time to file one. (Doc. 15.) The Court has reviewed that Motion and the materials submitted in support. The Court's review confirms the Magistrate Judge's conclusion that the Complaint is frivolous. (See doc. 14 at 3 (quoting Kelsey v. United States, 2018 WL 7021613, at *10 (M.D. Fla. Dec. 14, 2018).) Plaintiff's Motion for Extension of Time is, therefore, **DENIED**. (Doc. 15.) Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 14.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 23rd day of May, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA